IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-227-DDD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CRISPIN VASQUEZ_BAUTISTA,

  Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court and I appear in this case as counsel for Mr. Crispin Vasquez-Bautista.

DATED at Denver, Colorado this 15th day of July, 2022.

                                                  Respectfully submitted,

                                                <u>s/ John Parras</u>
                                                John Parras
                                                John Parras Law Office

                                                PO BOX 202647
                                                Denver, CO 80220
                                                (303) 600-3676
                                                jparras@mac.com