AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 18 AM 9:39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>CRISPIN VASQUEZ-BAUTISTA,<br>a/k/a Crispin Vazquez-Bautista,<br><br><br>_Defendant_ | )<br>)<br>) Case No. 22-cr-00227-DDD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     CRISPIN VASQUEZ-BAUTISTA, a/k/a Crispin Vazquez-Bautista,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry After Removal


Date:     07/13/2022                                               s/A. Thomas, Deputy Clerk
                                                                   _Issuing officer's signature_

City and state:     Denver, Colorado                               Jeffrey P. Colwell, Clerk of Court
                                                                   _Printed name and title_

---

### Return

This warrant was received on _(date)_ 7/14/22, and the person was arrested on _(date)_ 7/15/22
at _(city and state)_ Centennial

Date: 7/15/22

_____
Arresting officer's signature

O. Caulm  D.O.
_Printed name and title_