# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-227-DDD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CRISPIN VASQUEZ-BAUTISTA,

   Defendant.

## NOTICE OF DISPOSITION

Mr. Crispin Vasquez-Bautista, through his lawyer John Parras, notifies the Court that a disposition has been reached in his case with the Government. Mr. Vasquez-Bautista respectfully requests a change of plea hearing for the Court to consider the proposed plea agreement.

          Respectfully submitted,

          John Parras Law Office

          s/ John Parras
          Colorado Bar No. 32832
          PO BOX 202647
          Denver, CO 80220
          (303) 600-3676
          jparras@mac.com

Case 1:22-cr-00227-DDD

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2022, the following was served with a true and correct copy of the foregoing **Notice of Disposition** as indicated:

1. Mr. Al Buchman, Assistant United States Attorney,
   by CM/ECF filing and electronic mail to al.buchman@usdoj.gov.

                                       s/ John Parras
                                       John Parras