Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

# EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
# DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE COLORADO

Caso Penal Número 22-cr-227-DDD

ESTADOS UNIDOS DE AMÉRICA,

        Demandante,

contra

CRISPIN VASQUEZ BAUTISTA,

        Acusado.

## AFIRMACIÓN DEL ACUSADO CON ANTERIORIDAD
## A SU ACEPTACIÓN DE CULPABILIDAD

Yo reconozco y certifico que se me ha informado de los hechos y derechos enumerados a continuación, que los entiendo, que todas las afirmaciones aquí contenidas son veraces y correctas, y que mi abogado me ha ayudado a repasar y completar este documento.

1. La naturaleza de los cargos en contra de mí se me han explicado a mí por mi abogado. Yo he tenido la oportunidad de discutir la naturaleza de los cargos con mi abogado, y los cargos y los elementos que al Gobierno se le obliga a comprobar.

2. Sé que cuando el Juez me dicte la pena, tendrá en cuenta muchos factores. Dichos factores están enumerados en el Artículo 3553, Título 18 del Código Federal y entre ellos están (a) la naturaleza del delito y las circunstancias en que se cometió, así como mis antecedentes y características personales; (b) el requisito que la pena impuesta debe reflejar la gravedad del delito, promover respeto por la ley, imponer un castigo justo, disuadir de conductas delictivas, proteger al público y brindarme la capacitación, atención o el tratamiento correccional necesario de la forma más eficaz

1



Court's Exhibit 2A
22-cr-00227

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

posible, (c) las formas de penas a disposición de Juez; (d) las pautas condenatorias consultivas promulgadas por la Comisión Federal de Imposición de Penas; (e) las políticas pertinentes de la Comisión Federal de Imposición de Penas; (f) la necesidad de evitar disparidades injustificadas entre las penas impuestas a los acusados con antecedentes similares, quienes han sido hallados culpables de conductas similares; y (g) la necesidad de proporcionar indemnización por los delitos. Ninguno de estos factores es controlante ni determinante. Reconozco que después de considerar estos factores, el Juez podría imponer cualquier pena en mi caso, inclusive una pena tan severa como el plazo máximo de reclusión, la multa máxima, la indemnización total (si fuera el caso), el período máximo de libertad supervisada y un recargo especial, según se explica a continuación en el apartado 3.

3. Entiendo que podrán imponerse las sanciones siguientes como resultado de mi aceptación de culpabilidad:

El Cargo Uno de la Acusación Formal

a. Encarcelamiento por un plazo máximo de 10 años;
b. Un plazo de libertad supervisada después de salir de la prisión de hasta 3 años, conforme al Título 18 del Código Penal de los Estados Unidos, Sección 3583;
c. Una multa de hasta $250,000 conforme a la ley que yo admito haber violado y/o el pago alternativo de multas establecido bajo el Título 18 del Código Penal de los Estados Unidos, Sección 3571;
d. Indemnización a las víctimas de mis delito por hasta $no se aplica, en conformidad con el Título 18 del Código Penal de los Estados Unidos, Secciones 3663, 3663A y 3664;
e. Un recargo obligatorio especial de $100, conforme al Título 18 del Código Penal de los Estados Unidos, Sección 3013;

4. Entiendo que si soy condenado de más de un cargo, las sentencias impuestas podrán ser simultáneas (que se sirven al mismo tiempo) o consecutivas (se

2

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

sirven separadamente o una tras otra) a menos que la penalidad por ley por un delito de la condena expresamente requiere que una sentencia sea impuesta para servirse consecutivamente.

5. Sé que además de todo castigo que me imponga el Juez, la aceptación de culpabilidad de un delito tendrá repercusiones colaterales. Estas repercusiones no las impone ni las controla el Juez. Por ejemplo, aceptar mi culpabilidad puede acarrear la pérdida de ciertos derechos civiles, inclusive, sin limitación, el derecho a poseer armas de fuego, a votar, a ocupar un cargo público por elección y a integrar un jurado. Y si no soy ciudadano de los Estados Unidos, estas consecuencias pueden incluir la deportación de los Estados Unidos o el encarcelamiento indefinido si no hay ningún país al cual yo pueda ser deportado, que sea negado el derecho de entrar a los Estados Unidos en el futuro, y que sea negado la ciudadanía.

6. Sé que si, como parte de mi sentencia, si se me impone un período de libertad supervisada, dicha libertad supervisada no empieza sino hasta que sea puesto en libertad habiendo cumplido todas las penas de reclusión, impuestas por todo juzgado, inclusive este tribunal federal. Comprendo que durante el régimen de libertad supervisada, el incumplimiento de cualquiera de las condiciones del mismo, podrá acarrear una pena adicional de prisión, así como la imposición de otro período de libertad supervisada.

7. Entiendo que no existe la libertad anticipada en el sistema federal y que tendré que cumplir la pena de reclusión que se me imponga, en su totalidad, reducida únicamente por la participación en ciertos programas o por buena conducta, según los disponga el Congreso y los implante el Departamento de Prisiones.

8. Sé que si, como parte de mi sentencia, se impone una multa o se ordena el pago de indemnización, me veré obligado a pagar intereses sobre toda cantidad que exceda los $2,500, a no ser que la multa o indemnización se pague en su totalidad antes del decimoquinto día, contado a partir de la imposición de la sentencia o que el Juez me exima del pago de intereses.

9. Sé que si se impone el pago de una multa o indemnización como parte de mi sentencia, tendré que pagarla oportunamente. El incumplimiento de dicha obligación

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

podrá dar lugar a sanciones monetarias, cobranzas por parte del gobierno, la posible revocación de todo programa de libertad condicional o libertad supervisada, o a un proceso judicial por impago delictivo, según el Artículo 3615 del Título 18 del Código Federal de los Estados Unidos.

10. Sé que tengo derecho a contar con un abogado durante todas las etapas de este proceso, y sé que si no tengo los recursos para contratar a un abogado, se nombrará un abogado que me represente sin costo alguno para mí.

11. Sé que tengo derecho a responder "no culpable" y sé que si me declaro "no culpable," puedo insistir en esa declaración y exigir un juicio.

12. Sé que tengo derecho a un juicio por jurado, puedo exigir que se lleve a cabo, y entiendo que si decido llevar mi caso a juicio:

   a. Tendré derecho a la asesoría de un abogado durante cada etapa del proceso;

   b. Tendré derecho a ver y observar a los testigos que testifiquen en mi contra;

   c. Mi abogado podrá contrainterrogar a todos los testigos que declaren en mi contra;

   d. Podré llamar y presentar a los testigos y las pruebas pertinentes que desee, y podré obtener citatorios judiciales para obligar a dichos testigos a comparecer y a rendir testimonio;

   e. Si no tengo los recursos para pagar los honorarios y gastos incurridos por los testigos, el gobierno los pagará, inclusive los gastos de viaje o por concepto de distancia recorrida medida en millas y los honorarios razonables de los testigos periciales;

   f. No se me podrá obligar a inculparme a mí mismo ni tendré que testificar en juicio alguno;

   g. Sin embargo, podré declarar en mi juicio si así lo deseo; y no tengo que tonar la decisión de testificar o no hasta haber escuchado las pruebas presentadas en mi contra por la Fiscalía;

4

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

h. Si decido no declarar en el juicio, se informará a los integrantes del jurado que no deben inferir culpabilidad ni llegar a conclusión alguna que me perjudique por no haber testificado;

i. Para ser hallado culpable, la Fiscalía deberá comprobar cada uno de los elementos del delito o de los delitos de los cuales me acusa más allá de una duda razonable;

j. Para ser hallado culpable, el Jurado deberá llegar a un veredicto unánime, es decir, todos los miembros del jurado deberán estar de acuerdo en que soy culpable, y

k. Si fuera condenado, podría apelar tanto el fallo de culpabilidad, como la pena impuesta posteriormente por el Juez, y si no tuviera los recursos para pagar una apelación, el gobierno pagaría los gastos de la apelación., inclusive los servicios de un abogado nombrado para representarme.

13. Entiendo que si acepto mi culpabilidad, no habrá juicio alguno.

14. Yo sé que si me declaro culpable, no habrá ningún análisis de apelación de la duda de si soy culpable o no del delito por el cual me haya declarado culpable.

15. Entiendo que los términos de mi acuerdo de culpabilidad con el gobierno contienen una renuncia de mi derecho de apelar o de atacar la sentencia de manera colateral. Específicamente, **yo estoy de acuerdo con declararme culpable del Cargo Uno en la Acusación formal y renunciar la apelación y el análisis colateral tal como se especifica en el Acuerdo de Culpabilidad. A cambio de so, el Gobierno pedirá una reducción de tres niveles en el nivel delictivo en conformidad con la Sección 5K3.1 de las Pautas de Sentencias de los Estados Unidos, (el Programa de la Vía Rápida) y ellos pedirán una sentencia al margen mínimo del margen que resulte de las Pautas de Sentencias de los Estados Unidos.** Debido a esto, yo sé que no puedo pedir un análisis de apelación de la sentencia impuesta por el Juez en este caso, salvo en las circunstancias limitadas, si las hay, permitidas por mi acuerdo de culpabilidad.

5

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

16. No se ha hecho ningún acuerdo y no se me ha hecho a mí ninguna representación en cuanto a lo que será la sentencia en este caso, salvo lo que se detalla explícitamente en el documento del Acuerdo Declaratorio de Culpabilidad, el cual yo y el fiscal del gobierno hemos firmado. Entiendo adicionalmente que cualquier acuerdo referente a la sentencia y las estipulaciones en el documento del "Acuerdo Declaratorio" solamente comprometen al Juez si las partes le piden al Juez en eses documento que se comprometa de tal forma en conformidad con la Regla 11(c)(1)(C) y únicamente si el Juez acepta comprometerse de tal forma cuando acepte mis declaraciones de culpabilidad.

17. El único acuerdo declaratorio concertado con la Fiscalía es el que se expone en el documento titulado "Acuerdo Declaratorio" el cual ha sido firmado por la Fiscalía del gobierno y por mí, y el cual integro a la presente por referencia.

18. Entiendo que el Juez no tomará ninguna decisión alguna referente a mi castigo hasta haber recibido y revisado el informe previo a la condena que se haya elaborado por el Departamento de Libertad.

19. Entiendo que cuando me presente a aceptar mi culpabilidad, el Juez podrá hacerme preguntas bajo juramento acerca del delito por el cual me declaro culpable. Si dichas preguntas se plantean en presencia de mi abogado y constan en el acta oficial, tendré que contestarlas, y si doy alguna respuesta falsa podré ser enjuiciado por perjurio.

20. Sé que tengo el derecho de preguntarle al Juez cualquier pregunta que yo tenga referente a mis derechos, estas diligencias, y mi declaración de culpabilidad por el cargo.

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

*CVB*

21.  Yo tengo 40 años de edad. Mi educación consiste de __4__ años. Yo (puedo) (no puedo) entender el idioma inglés. (Marque con un círculo "puedo" o "no uedo.") No estoy tomando ningún medicamento que interfiera con mi capacidad de entender las diligencias en esta causa, ni que afecte mi capacidad de decidir si deseo aceptar mi culpabilidad.

22.  Aparte de lo convenido por la Fiscalía en el "Acuerdo Declaratorio", nadie me ha hecho promesa alguna ni me ha amenazado para inducirme o persuadirme a aceptar mi culpabilidad en este caso.

23.  Nadie me ha prometido que recibiré libertad condicional, detención domiciliaria ni otro tipo de pena específica que yo quisiera a cambio de mi aceptación de culpabilidad.

24.  He tenido tiempo suficiente para hablar acerca de este caso y mi intención de aceptar mi culpabilidad con mi abogado. No deseo consultar más con mi abogado antes de aceptar mi culpabilidad.

25.  Estoy satisfecho con mi abogado. Creo que me ha representado de forma eficaz y competente en este caso.

26.  He tomado la decisión de aceptar mi culpabilidad después de pensarlo cuidadosa y detenidamente, teniendo en cuenta los consejos de mi abogado y con el pleno entendimiento de mis derechos, los hechos y circunstancias del caso y las posibles consecuencias de mi aceptación de culpabilidad. Cuando tomé la decisión de aceptar mi culpabilidad no me encontraba bajo los efectos de droga, medicamento ni sustancia embriagante alguna que pudiera afectar mi capacidad de tomar decisiones. En este momento no me encuentro bajo los efectos de ninguna droga, medicamento ni sustancia embriagante.

27.  Deseo aceptar mi culpabilidad y no tengo ninguna duda con respecto a mi decisión.

7

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

28. En lo que se refiere a mi conducta, el relato de los hechos incluido en el "Acuerdo declaratorio" es fiel y veraz a excepción de lo que yo haya indicado en ese documento.

29. Sé que tengo la libertad de modificar o borrar cualquier parte de este documento y que puedo enumerar mis objeciones y desacuerdos con cualquier parte del "Acuerdo Declaratorio". Acepto ambos documentos tal como están redactados actualmente.

30. Deseo declararme culpable del siguiente cargo:

**El Cargo Uno de la Acusación Formal, imputando una violación del Título 8 del Código Penal de los Estados Unidos, sección 1326(a) y (b)(1), reingreso ilegal de un extranjero previamente deportado posterior a una condena por un delito mayor.**

Firmado este día __14__ de __September__, 2018.

_Crispin Vazquez_
Crispin Vasquez Bautista
Acusado

Yo certifico que he hablado con el acusado acerca de esta declaración y el documento titulado "Acuerdo Declaratorio". Certifico que le he explicado detalladamente sus derechos al acusado y que le he ayudado a completar este documento. Creo que el acusado entiende sus derechos y estas declaraciones.

Firmado este día __14__ de __Sept.__, 2022.

_John Parras_
John Parras
Abogado del Acusado

Spanish Translation of Statement by Defendant, 22-cr-227-DDD Crispin Vasquez Bautista

## Translator's Certification

I, MARCELA SALAZAR, certified federal court interpreter of English and Spanish by the Administrative Office of the United States Courts, Certificate Number 98-091, hereby certify that I have personally translated the preceding Statement by Defendant regarding defendant Crispin Vasquez Bautista 22-cr-227-DDD from English to Spanish, and that said translation is true and accurate to the best of my abilities, understanding, and belief.

*S/Marcela Salazar*
Marcela Salazar
Certified Federal Court Interpreter