**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 22-cr-00227-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CRISPIN VASQUEZ-BAUTISTA,
a/k/a Crispin Vazquez-Bautista,

      Defendant.

---

**MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)**

---

The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b). The defendant's's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

\\

\\

1

Dated:   December 14, 2022

        Respectfully submitted,

        COLEGE FINEGAN
        United States Attorney

By:   *s/ Albert Buchman*
       Albert Buchman
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone:   (303) 454-0203
       Fax:   (303) 454-0405
       E-mail: al.buchman@usdoj.gov
       Attorney for the United States

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


                                                *s/ Lauren Timm*
                                                Lauren Timm
                                                Legal Assistant
                                                United States Attorney's Office