IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00227-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISPIN VASQUEZ-BAUTISTA,
a/k/a Crispin Vazquez-Bautista,

    Defendant.

## MOTION FOR A THREE-LEVEL DOWNWARD DEPARTURE

    The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a three-level downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs.

\\

\\

\\

1

The defendant qualifies for this three-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

Respectfully submitted December 14, 2022

                         COLEGE FINEGAN
                         United States Attorney

By:   *s/ Albert Buchman*
       Albert Buchman
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California St., Suite 1600
       Denver, Colorado   80202
       Phone:  (303)   454-0100
       Fax: (303) 454-0403
       E-mail: al.buchman@usdoj.gov
       Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                *s/ Lauren Timm*
                                                Lauren Timm
                                                Legal Assistant
                                                United States Attorney's Office