**Date Printed: 12/12/2022**

## People Of The State Of Colorado Vs. Vazquez-bautista, Crispin - 2021CR748 - Adams County

### Summary

| | | |
|---|---|---|
| **Case #:** 2021CR748 (District) | **Location:** Adams County | **Date Filed:** 2021-03-16 |
| **Case Status:** Warrant Issued; Closed; | **Date Case Closed:** 2021-05-13 | **Date of Speedy Trial:** N/A |
| **Case Type:** Driving Under the Influence | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Lara M Jimenez | **Division:** R2 | **Bar Number:** 42890 |
| **Alternate Judge or Magistrate:** Priscilla J Loew | | **Bar Number:** 38256 |
| **Related Cases:** N/A | | |

### Participants

| | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status: Wanted** ; | |
| **Name:** Vazquez-bautista, Crispin | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:**<br>Vautista, Crispin<br>Vazquez, Crispin<br>Vazquez-bautista, Crispin<br>Vazquez, Crispin | Active Address<br>[redacted]<br><br>Cellular<br>Home : [redacted] | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Public Defender,<br>**Attorney Bar #:** 900002<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Beck, James Robert<br>**Attorney Bar #:** 46027<br>**Primary Attorney:** No |
| **Birthdate:** [redacted]<br>**Gender:** M<br>**Race:** W<br>**Drivers License:**<br>**SSN:** [redacted]<br>**StateID:** [redacted] | | |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |

| Alias: | | Attorney Role: Deputy District Attorney<br>Attorney Name: Kutniewski, Adam Bartley<br>Attorney Bar #: 50338<br>Primary Attorney: No<br><br>Attorney Role: Deputy District Attorney<br>Attorney Name: Buchman, Albert Connor<br>Attorney Bar #: 43654<br>Primary Attorney: No<br><br>Attorney Role: Deputy District Attorney<br>Attorney Name: Ruebel, Cody Clay<br>Attorney Bar #: 52392<br>Primary Attorney: No |
|---|---|---|
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

### Charges / Dispositions

**Arresting Agency**

| Arresting Agency: Aurora Police Dept | Arrest Date: 2021-03-13 | Arrest Time: |
|---|---|---|
| Ticket/Summons Number: | Arrest Number: 21-1544 | Case Number: |

**Arrest Charges**

| Charge Number: 1 | Charge: Driving Under The Influence-w/ 3+priors | | Status: Arrest Only Charge |
|---|---|---|---|
| Offense Date From: 2021-03-13 | Offense Date To: | Offense Time: | |
| Class: F4 (Class 4 Felony) | BAC: 0.000 | Statute: 42-4-1301(1)(a) | |

| Charge Number: 2 | Charge: Nonmoving Traffic Violation Vehic | | Status: Arrest Only Charge |
|---|---|---|---|
| Offense Date From: 2021-03-13 | Offense Date To: | Offense Time: | |
| Class: UNK (Unknown) | BAC: 0.000 | Statute: CASE#2110018 | |

| Charge Number: 3 | Charge: Nonmoving Traffic Violation Drove | | Status: Arrest Only Charge |
|---|---|---|---|
| Offense Date From: 2021-03-13 | Offense Date To: | Offense Time: | |

| | | |
|---|---|---|
| **Class:** UNK (Unknown) | **BAC:** 0.000 | **Statute:** CASE#2110018 |

**Final Disposition on Charges**

| | | |
|---|---|---|
| **Charge Number:** 1 | **Charge:** Driving Under The Influence-w/ 3+priors | **Status:** Dismissed |
| **Offense Date From:** 2021-03-13 | **Offense Date To:** | **Offense Time:** 01:37 AM |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 42-4-1301(1)(a) |
| **Disposition Date:** 2021-05-13 | **Disposition:** Dismissed by DA | |

| | | |
|---|---|---|
| **Charge Number:** 2 | **Charge:** Dui-non-motorized Veh/bicycle -3rd/subs | **Status:** Main Charge |
| **Offense Date From:** 2021-03-13 | **Offense Date To:** | **Offense Time:** 01:37 AM |
| **Class:** M (Unclassified Misdemeanor) | **BAC:** 0.000 | **Statute:** 42-4-1301(1)(a);42-4-1307(6) |
| **Plea Date:** 2021-05-13 | **Plea:** Plea of Guilty | |
| **Disposition Date:** 2021-05-13 | **Disposition:** Guilty | |
| **Sentence Date:** 2021-05-13 | **Sentence Type:** Sentence by Court | **Sentence Status:** Active |

| | | |
|---|---|---|
| **Victims Assistance Fund** | 222.00 Dollar Amount | **Concurrent with Count 3**    2021CR748 (District)    Adams County |
| **Victim Compensation Fund** | 78.00 Dollar Amount | **No Comments** |
| **Court Costs** | 35.00 Dollar Amount | |
| **Court Security Cash Fund** | 5.00 Dollar Amount | |
| **Genetic Testing Surcharge** | 2.50 Dollar Amount | |
| **Public Defender Accts Rcvable** | 25.00 Dollar Amount | |
| **Request for Time to Pay** | 25.00 Dollar Amount | |
| **Subst Affect Driving Data Surc** | 2.00 Dollar Amount | |
| **Rural Youth Alc/Sub Abuse Surc** | 5.00 Dollar Amount | |
| **Restorative Justice Surcharge** | 10.00 Dollar Amount | |
| **Probation** | 24.00 Month(s) | |
| **Probation Supervision Fee** | 1200.00 Dollar Amount | |

| | | | |
|---|---|---|---|
| Jail | 60.00 Day(s) | | |
| Credit for Time Served | 60.00 Day(s) | | |
| Jail | 365.00 Day(s) | Suspended Imposition | |
| Driving Und Influ/Abil Impaird | 600.00 Dollar Amount | Suspended Imposition | |
| Alcohol Eval Fee | 200.00 Dollar Amount | | |

| Charge Number: 3 | Charge: Vehicular Eluding | | Status: Main Charge |
|---|---|---|---|
| Offense Date From: 2021-03-13 | Offense Date To: | Offense Time: 01:37 AM | |
| Class: F5 (Class 5 Felony) | BAC: 0.000 | Statute: 18-9-116.5 | |
| Plea Date: 2021-05-13 | Plea: Plea of Guilty | | |
| Disposition Date: 2021-05-13 | Disposition: Deferred Sentence | | |
| Sentence Date: 2021-05-13 | Sentence Type: Deferred Sentence Granted | | Sentence Status: Active |
| Victims Assistance Fund | 163.00 Dollar Amount | Concurrent with Count 2 | 2021CR748 (District) Adams County |
| Deferred Sentence | 24.00 Month(s) | No Comments | |

## Hearings/Trials

| Date | Time | Appearance | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|---|
| 2023-05-05 | 08:30 AM | | R2 | Review Deferred | | Lara M Jimenez (42890) |
| 2022-05-06 | 08:30 AM | | R2 | Review Deferred | Continued by Parties | Lara M Jimenez (42890) |
| 2021-05-13 | 02:00 PM | VIRTUAL | R2 | Disposition Hearing NOTE: BO/PD | Hearing Held | Kristan K Wheeler (30077) |
| 2021-05-12 | 02:30 PM | | R2 | Disposition Hearing NOTE: BRED PD | Continued by Parties | Kristan K Wheeler (30077) |
| 2021-04-29 | 10:30 AM | VIRTUAL | R2 | Preliminary Hearing NOTE: BRED PD | Continued by Parties | Kristan K Wheeler (30077) |
| 2021-04-08 | 09:00 AM | VIRTUAL | R2 | Preliminary Hearing NOTE: BRED/PD | Continued by Parties | Kristan K Wheeler (30077) |
| 2021-03-18 | 01:30 PM | | R2 | Rtrn Filing of Charges | Hearing Held | Leroy D Kirby (26363) |
| 2021- | 08:30 | | R1 | Hearing on Advisement | Hearing | Phelicia A |

| | | | | | | Held | Kossie (35100) |
|---|---|---|---|---|---|---|---|
| 03-16 | AM | | | | | | |

### Other Case Activities

| Date | Code | Details/Notes |
|---|---|---|
| 2022-08-09 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Revoke Deferred Sentence 2c6f52de362e9 |
| 2022-08-09 | ORDR | Order<br>Ruling: Granted, Document Title: Order:complaint For Revocation Of Probation<br>And Request For Arrest Warrant |
| 2022-08-09 | WFTC | Warrant Failure To Comply<br>DEF1/ Vazquez-bautista, Crispin<br>Ftc Prob Req For Aw Granted 080922 Div R2 Orig Agcy Apd Bond Rtrn Adams County Combined Court 1100 Judicial Ctr Dr Brighton Co 80601 Mon Thru Fri 830am Only 30 Days From Date Of Bonding /kmg<br>Bond Type: Cash Or Surety |
| 2022-08-05 | CRVP | Cmpl For Revocation Of Prob<br>Complaint For Revocation Of Probation And Request For Arrest Warrant |
| 2022-08-05 | RPRT | Report<br>Special Report |
| 2022-05-06 | MINC | Minute Order (print)<br>Rvdf Mag Occonnor/jad/ftr 203<br>Present: Dda A Vanicek. Court Finds Probation Was Imposed For 2 Years. Matter Is Continued For Rvdf On May 5, 2022 At 8:30 Am. /jad |
| 2021-05-13 | CLAD | Case Closed |
| 2021-05-13 | CONS | Consent<br>DEF1/ Vazquez-bautista, Crispin<br>Consent For Entry Of Deferred Sentencing 97e10b1863613 |
| 2021-05-13 | MINC | Minute Order (print)<br>Disp / Judge Jean / Kmg / Ftr / Courtroom 203 / Webex<br>Dda Ratkiewicz Present / Def Present In Custody With Pd Beck Assisted By Interp / Def Pleg To Added Ct 2 Dui With 2+ Priors (m1) And Added Ct 3 Eluding (f5) With Djs On This Charge Only / All Other Charges Are Dismissed /<br>Count 2: Court Imposes 24 Months Probation With Alc Eval And Recommended<br>Treatment / Court Imposes<br>Costs With $600 Fine Suspended / 60 Hours Cmsv / Madd Panel / 60 Days Jail<br>With 60 Days Crts / 1 Year Jail Suspended /<br>Count 3: 24 Months Probation<br>Probation Concurrent For Both Charges / Rvdf Set 5.6.22 At 830 Am /tls |
| 2021 05 13 | RQST | Reque t Filed<br>DEF1/ Vazquez-bautista, Crispin<br>The Defendants Request To Plead Guilty 97e10b1863613 |
| 2021-05-13 | TCOP | Terms And Conditions Of Prob<br>Terms And Conditions Of Prob |
| 2021-05- | MINC | Minute Order (print) |

| | | | |
|---|---|---|---|
| | 12 | | Disp / Magistrate Wheeler / Kmg / Ftr / Courtroom 203 / Webex<br>Dda Hall Present / Def Present In Custody With Pd Beck / Pd Req To Set Over<br>Tomorrow / Case Cont For Dbo 5.13.21 At 200 Pm /tls |
| | 2021-04-29 | MINC | Minute Order (print)<br>Magistrate K Wheeler/kmg/ftr/203 Webex<br>Prel; Dda A Kutniewski Present. Deft Appears In Custody W/sp Interp And Pd J<br>Beck. Def Req Bred. People No Obj. Court Grants. Matter Cont For Dbo 05.12.21<br>At 230pm. Deft Remains Remanded. /kcb<br>5/11/21<br>After Review, Clerk Notes That Ph Was Waived On 4/29/21 In Exchange For Dbo<br>Hearing. /kmg |
| | 2021-04-29 | MODS | Motion To Dismiss<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Dismiss 75a2da83654ef |
| | 2021-04-29 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Add 75a2da83654ef |
| | 2021-04-08 | MINC | Minute Order (print)<br>Mag K Wheeler/kmg/ftr/203<br>Ph/bred: Da Jp Mccarty Present Via Webex. Deft Appears I/c With Pd J Beck And<br>Sp Intpr Via Webex. Parties Intend To Proceed To Ph At Next Date. Deft Waives<br>35 Day Rule. Deft Requests 3 Weeks. Ppl No Obj. Matter Is Cont For Ph On<br>042921 At 1030am. Deft Remanded. /amv |
| | 2021-03-20 | ENTR | Entry Of Appearance<br>DEF1/ Vazquez-bautista, Crispin<br>Entry Of Appearance And Motion For Preliminary Hearing And/or Motion For Personal Recognizance Bond Or Reduction In Bond F8cbdbb67196b |
| | 2021-03-18 | MINC | Minute Order (print)<br>Judge Kirby/kmg/ftr/203 Webex<br>Rflg: Dda A Buchman For The Ppl. Deft Appears I/c With Pd R Dickinson And Sp<br>Interp. Deft Swc At Jail. Reading And Advs Waived. Pd Appt To Rep The Deft<br>While I/c. Matter Set For Ph/bred 4-8-21 9am In Division R2. Deft Remains Remanded. /tas |
| | 2021-03-17 | FCMP | Felony Complaint Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Information 5a04584b8ec13 |
| | 2021-03-17 | NOTC | Notice Filed<br>PPL1/ The People Of The State Of Colorado,<br>The Prosecutions Notice Of Intent To Appear Remotely 5a04584b8ec13 |
| | 2021-03-16 | ASWA | Affi In Suppt-warrantless Arr<br>PPL1/ The People Of The State Of Colorado,<br>Affidavit In Support Of Warrantle     Arre  t |
| | 2021-03-16 | PTIR | Pre-trial Report<br>Pre-trial Report |

## Judgments

No Judgments Information

## Bonds

| | |
|---|---|
| **Bond Status Date:** 2021-05-13 | **Bond Status:** Bond Vacated |
| **Set Date:** 2021-03-16 | **Set Amount:** 25000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Condition(s):** SRP; M/S; NO DRIVING | | |

| | |
|---|---|
| **Bond Status Date:** 2022-08-09 | **Bond Status:** Bond Set |
| **Set Date:** 2022-08-09 | **Set Amount:** 2000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

## Financial Summary

| Accounts Receivable | Amount Owed | Amount Paid | Amount Paid From Related Case | Outstanding Balance |
|---|---|---|---|---|
| Alcohol Evaluation & Supervision | $200.00 | $200.00 | $0.00 | $0.00 |
| Court Costs | $35.00 | $35.00 | $0.00 | $0.00 |
| Court Security Cash Fund | $5.00 | $5.00 | $0.00 | $0.00 |
| Genetic Testing Surcharge | $2.50 | $2.50 | $0.00 | $0.00 |
| Probation Supervision Fee | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| Public Defender Accounts Receivable Code | $25.00 | $25.00 | $0.00 | $0.00 |
| Restorative Justice Surcharge | $10.00 | $10.00 | $0.00 | $0.00 |
| Rural Youth Alc/Sub Abuse Surcharge | $5.00 | $5.00 | $0.00 | $0.00 |
| Substance Affected Driving Data Surchrg | $2.00 | $2.00 | $0.00 | $0.00 |
| Time Payment Fee | $25.00 | $25.00 | $0.00 | $0.00 |
| Victim Compensation Fund | $78.00 | $78.00 | $0.00 | $0.00 |
| Victim's Assistance Fund | $385.00 | $385.00 | $0.00 | $0.00 |
| Accounts Receivable Balance | $1,972.50 | $1,972.50 | $0.00 | $0.00 |