| ☐ County Court  ☒ District Court  Adams County, CO<br>Court Address:<br>Adams County Justice Center<br>1100 Judicial Center Dr.<br>Brighton, CO 80601<br><br>THE PEOPLE OF THE STATE OF COLORADO vs.<br><br>**Crispin Vazquez-Bautista** | DATE FILED: August 5, 2022 9:52 AM<br>CASE NUMBER: 2021CR748<br><br>▲ **COURT USE ONLY** ▲<br>Case Number: 21CR748<br>ML Number: 93245962<br>Lara Jimenez, Magistrate<br>Div.: R2 |
|---|---|
| **COMPLAINT FOR REVOCATION OF PROBATION AND REQUEST FOR ARREST WARRANT** ||

THE PROBATION OFFICER INFORMS THE COURT THAT:

On May 13, 2021, the defendant, **Crispin Vazquez-Bautista**, was granted a split plea consisting of a deferred judgment for the charge(s) of Vehicular Eluding-F5 and a Conviction for the charge(s) of DUI-NON-Motorized Veh/Bicycle -3rd/SUBS M and was sentenced to probation supervision for a period of **24 months** by the Honorable Madoche Jean, Judge.

Since being granted probation supervision, the defendant has failed to comply with the Terms and Conditions set forth by the Court as follows:

Term 1:  I will abide by all local, state and federal laws and will report any contact with law enforcement to my probation officer.

Term 4: I will not use alcohol (to excess)*, use or possess any controlled substances without a prescription or in a manner that is inconsistent with a prescription, or use any illegal, dangerous, or abusable drugs or substances. I understand that the use of medical marijuana is permissible unless such use is prohibited by court order or my conviction is for a violation of Article 43.3 of Title 12, C.R.S. (offense prior to 10/1/18), Article 11 of Title 44 (offense on or after 10/1/18 but prior to 1/1/20), or Article 10 of Title 44 (offense on or after 1/1/20).
*strike out as appropriate/determined by assessment.

Term 9: I will report to the probation officer for appointments, as directed by the Court or the probation officer. I understand that the probation officer can visit me at reasonable times at home or elsewhere. I will provide the probation department with safe access to my residence.

Term14: I will submit to drug and alcohol testing as directed by the probation officer. I understand I am responsible for the costs of testing, unless other arrangements have been made through the probation officer.

Term 15: I will actively participate in, cooperate with, and successfully complete any referral, evaluation, assessment or recommended program. These programs may include but are not limited to: placement in a residential or outpatient program, counseling or

**Defendant:** Crispin Vazquez-Bautista
**Case No.:** 21CR748
**Division:** R2

treatment for drugs or alcohol, mental health, domestic violence, cognitive behavioral, offense specific or anger management. I will sign any necessary releases of information, and I understand I am responsible for the costs of treatment and services, unless other arrangements have been made through the probation officer.

Term 16: I will comply with any other requirements of the probation officer, including answering all reasonable questions asked by the probation officer, in order to meet the conditions imposed by the Court. Also, I will sign each release of information that is necessary for the probation department to communicate with others regarding my supervision.

The Probation officer, in view of the above information, respectfully requests that an Arrest Warrant be issued for the apprehension and detention of the defendant, so that he/she may be returned to Court concerning violation of probation.

Is this a Victim's Rights Amendment Case? Yes ☐   No ☒
If Yes, has the victim requested post-sentencing notification? Yes ☐   No ☐
If Yes, has the victim been notified of the request contained in this Petition? Yes ☐   No ☐

Respectfully submitted:

_____           _____
Holly Hoff,                Date 8/4/2022        Jovita Favila,                     Date 8/3/2022
Supervisor                                     Probation Officer

Subscribed and sworn to before me this 5th day of August 2022.

Alana Percy_____        By:_____
Clerk of the District Court                              Deputy Clerk


☒ DDA Cody Clay Ruebel  was notified on August 2, 2022 and has no objection to the filing of this Complaint and Request for Arrest Warrant.

Revised April 26, 2016

**Defendant:** Crispin Vazquez-Bautista
**Case No.:** 21CR748
**Division:** R2

### -ORDER-

Pursuant to C.R.S. § 16-11-205, the Court finds that:

☒ There is reason to believe the defendant would not appear in response to summons;
☐ There is reason to believe the defendant would interfere with the criminal justice process; and/or
☐ There is reason to believe the defendant poses substantial risk of serious harm to others.

This matter having been called to the Court's attention on this day and the Court having examined the files and being fully advised in the premises, hereby orders that an Arrest Warrant be issued for the apprehension and detention of the above named defendant. It is further ordered that the defendant, when apprehended, shall be brought before the Court for hearing concerning violation of probation.

BAIL IS SET AT $ _____

Done this _____ day of _____, 20___

BY THE COURT:

_____
Judge/Magistrate

Description:
Client Name: Crispin Vazquez-Bautista
DOB: ███████
Race: Caucasian
Hgt: 5'7  Wgt: 130
Hair Color: Black
Eye Color: Brown
Gender: Male

Revised April 26, 2016

**Defendant:** Crispin Vazquez-Bautista
**Case No.:** 21CR748
**Division:** R2

IN THE **DISTRICT** COURT IN AND FOR THE
STATE OF COLORADO
COUNTY OF ADAMS
Criminal Action No.**21CR748**, Division R2

DATE FILED: August 5, 2022 9:39 AM
CASE NUMBER: 2021CR748

THE PEOPLE OF THE STATE OF COLORADO,   )
                                       )       SPECIAL REPORT
                    vs.                )
       **Crispin Vazquez-Bautista**    )
                                       )

**Original Offense and Plea:**
The defendant was originally charged with Driving Under the Influence-w/ 3+Priors F4, DUI-NON-Motorized VEH/Motorized VEH/Bicycle -3rd/SUBS M and Vehicular Eluding F5. On May 13, 2021, Mr. Vazquez-Bautista was granted a split plea consisting of a deferred judgment for the charge(s) of Vehicular Eluding and a Conviction for the charge(s) of DUI-NON-Motorized Veh/Bicycle -3rd/SUBS M and was sentenced to probation supervision for a period of 24 months.

**Reason for Current Hearing:**
Term #1: The defendant is currently in the custody of the US Marshal on an Immigration hold for case number 22CR227 charge(s) of re-entry.

Term #4: The defendant tested positive for alcohol on 9 different occasions between June 18, 2021 and June 20, 2022.

Term #9: The defendant missed two probation appointments on July 30 and July 14, 2022.

Term #14: The defendant failed to submit to drug and alcohol testing on 6 different occasions between July 8, 2021 and July 7, 2022.

Term #15: The defendant was unsuccessfully discharged from DUI treatment on July 26, 2022.

Term # 16: The defendant has not completed 60 community service hours.

**Response to Supervision/Sanctions/Incentives:**
The defendant is currently in the custody of the US Marshal on an Immigration hold for a new alleged charge(s) of re-entry; A# 205 208 095. Mr. Vazquez-Bautista was arrested and detained on July 15, 2022. Prior to his arrest date, the defendant began demonstrating a lack of compliance with the Court's orders. The defendant was verbally warned about positive alcohol test results, missed alcohol and drug testing and lack of compliance in treatment. Mr. Vazquez-Bautista self-reported having stressors in his life that led him to using alcohol as a coping mechanism. The probation officer encouraged him to address these issues in treatment. Nevertheless, the defendant's alcohol use continued and as sanctions, appointments, urine screen testing and treatment sessions increased.

**Assessment:**
Mr. Vazquez-Bautista is before the Court on what appears to be his first revocation of probation in this matter. The defendant has shown little to no motivation in completing his probation term successfully, as evidenced by his continued alcohol use throughout his probation period. Furthermore, the defendant was unsuccessfully discharged from treatment due to positive drug and alcohol test results and attendance. Lastly, the defendant is currently on an ICE hold pending a new alleged charge for re-entry and it is unknown if and when he will be released out of custody.

**Sentencing Alternatives:**
Sentencing options in this case include a conviction entry on the deferred judgement, revocation and reinstatement of probation, probation to be revoked and terminated unsuccessfully with a jail sentence as deemed appropriate by the Court.

**Recommendation:**
It is respectfully requested that if the defendant admits to the allegations in the probation complaint, or is found to be guilty of those allegations, that the deferred judgment be entered into a conviction and that probation be terminated unsuccessfully with an incarceration sentence as deemed appropriate by the Court.

Respectfully submitted this **3rd** day of **August, 2022**.

Holly Hoff,
Supervisor

Jovita Favila,
Probation Officer