IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 22-cr-00227-DDD | Date:  January 5, 2023 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer:   Michelle Sinaka | Interpreter: Cathy Bahr |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Albert C. Buchman

    Plaintiff,

v.

1. CRISPIN VASQUEZ-BAUTISTA,   John M. Parras
a/k/a Crispin Vazquez-Bautista,

    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**1:33 p.m.**     **Court in session**. Defendant present, in custody.

> **Change of Plea Hearing on September 14, 2022.**
> **Defendant entered a guilty plea to Count 1 of the Indictment.**

Appearances of counsel.

Interpreter sworn (Spanish).

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDERED:** [21] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) is **GRANTED.**

**ORDERED:** [22] Government's Motion of a Three-Level Downward Departure is **GRANTED.**

**ORDERED:** [24] Defendant's Motion for Variance is **GRANTED IN PART.**

**ORDERED:** Defendant is sentenced to a term of imprisonment of **14 months.** Upon release from imprisonment, no term of supervised release shall be imposed. $100.00 special assessment to be paid immediately.

Conditions and special conditions as set forth on the record.

Defendant advised of right to appeal.

**ORDERED:** Defendant is **REMANDED** to the custody of the United States Marshal for the District of Colorado.

**1:52 p.m.    Court in recess. <u>Hearing concluded. Total time:   :19</u>**